662

Proctor & Snodgrass, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., and Jas. A. Hare, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

5 So.2d 849

**Geraldine McCARLEY v. STATE.**

**6 Div. 882.**

Court of Appeals of Alabama.

Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

11 So.2d 171

**Alvin Clyde McCARY v. STATE.**

**5 Div. 161.**

Court of Appeals of Alabama.

Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

1 So.2d 45

**J. P. McCORMICK v. CITY OF ANNISTON.**

**7 Div. 615.**

Court of Appeals of Alabama.

Feb. 18, 1941.

Jas. L. Carter, of Anniston, for appellant.

Hugh D. Merrill, Jr., of Anniston, for appellee.

BRICKEN, Presiding Judge.

Affirmed.

3 So.2d 924

**Wilson McCLUSKEY v. STATE.**

**8 Div. 147.**

Court of Appeals of Alabama.

June 24, 1941.

J. N. Powell, of Hartselle, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

1 So.2d 45

**Oran McCULLOCH v. STATE.**

**8 Div. 130.**

Court of Appeals of Alabama.

Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

5 So.2d 849

**Oran McCULLOCH v. STATE.**

**8 Div. 197.**

Court of Appeals of Alabama.

Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 849
### Robert McDONALD v. STATE.
#### 4 Div. 671.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 923
### Raymond McGEE v. STATE.
#### 8 Div. 57.

Court of Appeals of Alabama.
June 24, 1941.

Rehearing Denied Oct. 7, 1941.

F. S. Parnell, of Florence, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 849
### Freeman McGUIRE v. STATE.
#### 7 Div. 661.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 171
### E. A. McGRUDER, alias E. E. McGula, v. STATE.
#### 1 Div. 440.

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

1 So.2d 925
### Irby McKEE v. STATE.
#### 8 Div. 29.

Court of Appeals of Alabama.
April 8, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

1 So.2d 45
### Floyd McKINNEY v. STATE.
#### 7 Div. 581.

Court of Appeals of Alabama.
Jan. 21, 1941.